IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COMMODORE JACKSON,

    Petitioner,

-vs-

TOM SPILLER,

    Respondent.                No. 13-cv-657-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on January 13, 2014 (Doc. 27), the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice** for failure to exhaust state court remedies.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:   s/*Sara Jennings*
                        **Deputy Clerk**

DATED: January 13, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.13
11:25:21 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT